No. 98–1993. FLORIDA *v.* J. L. Sup. Ct. Fla. [Certiorari granted, *ante,* p. 963.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 98–2060. EDWARDS, WARDEN *v.* CARPENTER. C. A. 6th Cir. [Certiorari granted, *ante,* p. 985.] Motion for appointment of counsel granted, and it is ordered that J. Joseph Bodine, Jr., Esq., of Columbus, Ohio, be appointed to serve as counsel for respondent in this case.

No. 99–150. WAL-MART STORES, INC. *v.* SAMARA BROTHERS, INC. C. A. 2d Cir. [Certiorari granted, *ante,* p. 808.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Payless ShoeSource, Inc., for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 99–6433. WRIGHT *v.* SOUTH DAKOTA. Ct. App. Colo. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1001] denied.

No. 99–6590. IN RE BROWN;
No. 99–7045. IN RE MANLEY; and
No. 99–7083. IN RE CAMPBELL. Petitions for writs of habeas corpus denied.

No. 99–721. IN RE DURBIN ET UX. Petition for writ of mandamus denied.

No. 99–5716. CARTER *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 98–9676. F. B. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–109. LONERGAN, AKA KOURY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.